IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NORTH MAIN CHURCH OF GOD IN CHRIST, | § § § § | |
| *Plaintiff,* | | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-05455 |
| | § | (JURY) |
| OHIO SECURITY INSURANCE COMPANY, | § § § | |
| *Defendant.* | § | |

## DEFENDANT'S INDEX OF MATTERS BEING FILED

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. §1446(a) and Rule 81 of the Local Rules of the United States District Court for the Southern District of Texas, Ohio Security Insurance Company ("Defendant"), filed this Index of Matters Being Filed with Defendant's Notice of Removal:

| Exhibit | Description |
|---|---|
| A | Index of Matters Being Filed |
| B | Civil Cover Sheet |
| C | C-1 – Plaintiff's Original Petition and Citation filed October 3, 2025 |
| | C-2 – Citation of Service on Ohio Security served on October 15, 2025 |
| | C-3 – Defendant's Original Answer filed on November XX, 2025 |
| | C-4 – Policy Declarations |
| | C-5 – Plaintiffs' Demand Letter |
| | C-6 - Docket Sheet of Case Filing in State Court |
| D | List of All Counsel of Record |

EXHIBIT A